1 Joel E. Tasca
Nevada Bar No. 14124
2 Joseph P. Sakai
Nevada Bar No. 13578
3 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 Las Vegas, Nevada 89135
Telephone: (702) 471-7000
5 Facsimile: (702) 471-7070
tasca@ballardspahr.com
6 sakaij@ballardspahr.com

7 *Attorneys for Plaintiff U.S. Bank N.A., as
Trustee, on Behalf of the Holders of the*
8 *J.P. Morgan Alternative Loan Trust 2006-
S1 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S1 MORTGAGE PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a Nevada corporation; DESERT SHORES COMMUNITY ASSOCIATION, a Nevada non-profit corporation; YIN GUO, an individual,<br><br>Defendants. | Case No. 2:16-cv-02757-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS** |
| PREMIER ONE HOLDINGS, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S1 MORTGAGE PASS-THROUGH CERTIFICATES; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Counterdefendants. | |

DMWEST #38106090 v2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant U.S. Bank, N.A., as Trustee of the Holders of the J.P. Morgan Alternative Loan Trust 2006-S1 Mortgage Pass-Through Certificates, Defendant/Counterclaimant Premier One Holdings, Inc., Defendant Yin Guo, and Defendant Desert Shores Community Association ,through their undersigned counsel of record, hereby stipulate and agree to dismiss this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 5, 2019

BALLARD SPAHR LLP

By:/s/ Joseph P. Sakai
   Joel E. Tasca
   Nevada Bar No. 14124
   Joseph P. Sakai
   Nevada Bar No. 13578
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-S1 Mortgage Pass-Through Certificates*

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ Ryan D. Hastings
   Sean L. Anderson
   Nevada Bar No. 7259
   Ryan D. Hastings
   Nevada Bar No. 12394
   2525 Box Canyon Drive
   Las Vegas, Nevada 89128

*Attorneys for Defendant Desert Shores Community Association*

MORRIS LAW CENTER

By:/s/ Timothy A. Wiseman
   Sarah A. Morris
   Nevada Bar No. 8461
   Timothy A. Wiseman
   Nevada Bar No. 13786
   5450 W. Sahara Ave. Suite 330
   Las Vegas, NV 89146

*Attorneys for Defendant Premier One Holdings, Inc. and Yin Guo*

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of November, 2019.

2

DMWEST #38106090 v2