**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc. and Yin Guo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S1 MORTGAGE PASS-THROUGH CERTIFICATE,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC. a Nevada corporation; DESERT SHORES COMMUNITY ASSOCIATION, a Nevada non-profit corporation; YIN GUO, an individual,<br><br>Defendants.<br>AND ALL RELATED MATTERS. | Case No.:   2:16-cv-02757-RFB-DJA |

## MOTION TO SUBSTITUTE ATTORNEY

. . .

. . .

. . .

1                                                                 3150 Soft Breezes Dr. #1031

*U.S. Bank, N.A. vs. Premier One Holdings, Inc., et al*
Case No.: 2:16-cv-02757-RFB-CWH

Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, are hereby substituted in as attorneys for Defendant Yin Guo ("Defendant") in the above-entitled action, in place and instead of prior attorney, Joseph Y. Hong, Esq.

Dated this 5th day of November, 2019.

   /s/ Yin Guo
Yin Guo

## CONSENT

As former attorney for Defendant, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., in my place and instead as attorney of record for Defendant.

Dated this 5th day of November, 2019.

   /s/ Joseph Y. Hong
Joseph Y. Hong, Esq.
Nevada Bar No. 5995

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, Yin Guo.

Dated this 5th day of November, 2019.

MORRIS LAW CENTER

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
*Attorneys for Premier One Holdings, Inc. and Yin Guo*

## ORDER

The Substitution of Attorney is hereby approved and so ORDERED.

November 7, 2019                           _____
DATE                                       UNITED STATES MAGISTRATE JUDGE